IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CV119

RECEIVED
CHARLOTTE, N.C.
APR 1 1 2007
Clerk, U.S. Dist. Court
W. Dist. of N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER TO |
| v. ) | FILE REDACTED AFFIDAVIT |
| ) | AND TO SEAL |
| ALL FUNDS SEIZED FROM ) | UNREDACTED AFFIDAVIT |
| WOODFOREST NATIONAL BANK, et al. ) | |

On the government's motion to file a redacted affidavit and to seal the unredacted affidavit herein, for the reason stated in the government's motion,

IT IS ORDERED that the Clerk shall file the redacted affidavit and seal the unredacted version of the affidavit until further order of the Court.

April 19, 2007

David C. Keesler
U.S. Magistrate Judge